UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: ROGER L WADE                        Chapter 13 Bankruptcy

        Debtor.                          Case No. 13-35841 SVK

---

**AFFIDAVIT OF CHAPTER 13 STANDING TRUSTEE'S OFFICE
IN SUPPORT OF MOTION DISMISSING CASE**

---

STATE OF WISCONSIN)
                       ) ss
MILWAUKEE COUNTY)

    The undersigned, being first duly sworn on oath, deposes and states as follows:

1. The Chapter 13 Standing Trustee previously filed a Motion to Dismiss the above referenced case.

2. An Order Approving Stipulation By and Between the Parties Allowing Withdrawal of the Trustee's Motion to Dismiss was signed on October 16, 2017. The order required the debtor to pay $120.00 bi-weekly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, mailed to the Office of the Chapter 13 Trustee at P.O. Box 730, Memphis, TN 38101-0730 on or before the last day of each month commencing with October 2017.

3. The Order further provided that should the debtor fail to make the equivalent of one monthly payment through June 2018, the Trustee could submit an Affidavit of Default and an Order Dismissing Case without further hearing.

4. The debtor has failed and neglected to make the required payments. The Trustee's most recent Case Status Report and Receipts Statement relative to this case are attached hereto.

5. This affidavit is made in support of an Order Dismissing Case.

                                /s/_____
                                Jolene Parker
                                Administrative Assistant to
                                Scott Lieske, Chapter 13 Trustee
                                P.O. Box 510920
                                Milwaukee, WI 53203
                                (414) 271-3943

Subscribed and Sworn to before me this December 13, 2017.

/s/_____
Sarah Sekeres
Notary Public, State of Wisconsin
My Commission Expires: 5/24/2019.

UNITED STATES BANKRUPTCY COURT
EASEN DISTRICT OF WISCONSIN

---

In Re: ROGER L WADE                    Chapter 13 Bankruptcy

          Debtor.                      Case No. 13-35841 SVK

---

## CERTIFICATE OF SERVICE

---

    I hereby certify that on December 13, 2017, the **AFFIDAVIT OF CHAPTER 13 STANDING TRUSTEE'S OFFICE IN SUPPORT OF MOTION DISMISSING CASE** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    NICKOLAI & POLETTI, LLC

    I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

    ROGER L WADE
    4880 NORTH 54TH STREET
    MILWAUKEE, WI 53218


Dated: December 13, 2017

    /s/_____
    Jolene Parker
    Administrative Assistant to
    Scott Lieske, Chapter 13 Trustee
    P.O. Box 510920
    Milwaukee, WI 53203
    (414) 271-3943